# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA SAUCEDA, ) | No. 1:07-CV-01167-AWI-GSA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO ENLARGE TIME FOR |
| vs. ) | SERVICE OF PROCESS |
| ) | |
| WAREHOUSE DEMO SERVICES, Inc., ) | |
| CAROLYNN McQUERY, Director of ) | |
| Human Resources WDS Inc., ) | |
| ADRIENNE GOUVEIA, Regional ) | (Doc. # 16) |
| Manager, WDS Inc., and, DOES 1 ) | |
| through 10, Inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ _____) | |

## ORDER

Having considered plaintiff's ex parte application for an enlargement of the 120-day period to complete service of process on defendants, and finding good cause therefore,

IT IS HEREBY ORDERED that the 120-day period in which service of process on the defendants shall be enlarged to and including January 28, 2008.

Dated : November 28, 2007        <u>GARY S. AUSTIN</u>
                                  **The Honorable Gary S. Austin**
                                  **United States Magistrate Judge**

*Order To Enlarge Time For Service of Summons; Sauceda v. Warehouse Demo Service, et al., Case No. 1:07 CV -01167 AWI GSA*

PDF created with pdfFactory trial version www.pdffactory.com