1  Carolyn D. Phillips     #103045
   Attorney at Law
2  P.O. Box 5622
   Fresno, CA 93755-5622
   559/248-9833
3

4  Attorney for Plaintiff Donna Sauceda

5  Bradley W. Kampas (State Bar No. 111639)
   Mitchell F. Boomer (State Bar No.  121441)
   Cara Ching-Senaha (State Bar No. 209467)
6  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
7  San Francisco, California  94105
   Telephone:  (415) 394-9400
8  Facsimile:  (415) 394-9401

9  Attorneys for Defendant
   WAREHOUSE DEMO SERVICES, INC.

10
                    UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13 | DONNA SAUCEDA,                          )   No. CV F-07-001167 AWI/GSA
   |                                         )
14 |         Plaintiff,                      )   JOINT STIPULATION REGARDING
   |                                         )   EXTENSION OF DISCOVERY DATES;
15 | vs.                                     )   ORDER
   |                                         )
16 | WAREHOUSE DEMO SERVICES, INC.,          )
   |                                         )
17 |         Defendants.                     )
   | ───────────────────────────────────────  )

18

19
          COME NOW Plaintiff DONNA SAUCEDA and Defendant WAREHOUSE DEMO
20
   SERVICES ("WDS"), by and through their attorneys of record, and hereby stipulate to the
21
   following:
22

23 *Joint Stipulation Regarding Extension of Discovery Dates; Order; Sauceda v. Warehouse     1
   Demo Services, Inc., CV F-07-01167 AWI GSA*

PDF created with pdfFactory trial version www.pdffactory.com

1. On October 8, 2008, WDS attorney Cara Ching-Senaha was medically restricted by her doctor to work a reduced schedule and to refrain from travel outside of the Bay Area. Ms. Ching-Senaha is more than seven months pregnant. Up to that point, Ms. Ching-Senaha served as lead defense counsel on all aspects of discovery and with regard to daily case management and handling;

2. As a result of Ms. Ching-Senaha's medical restrictions, Bradley Kampas will now serve as primary defense counsel for WDS;

3. On October 9th and again on October 10th, the parties and their counsel met and conferred about rescheduling the mandatory settlement conference ("MSC") previously set for October 14, 2008 before the Honorable Gary S. Austin which Ms. Ching-Senaha as trial counsel was scheduled to attend. The MSC has been rescheduled by party stipulation and order of the court to November 10, 2008.

4. In addition, counsel for the parties met and conferred about rescheduling certain discovery dates in order to permit Mr. Kampas to transition into the case. As such, the parties stipulate and agree to the following the extensions of time:

   a. To extend until January 16, 2009 the non-expert discovery cutoff (previously set in the Court's Scheduling Order for December 5, 2008);

   b. To extend for thirty (30) days or until February 9, 2009 the date on which expert disclosures are due (previously set in the Court's Scheduling Order for January 9, 2009);

   c. To extend for thirty (30) days or until March 2, 2009 the date on which expert reports are due (previously set in the Court's Scheduling Order for January 31, 2009 (a Saturday)); and

*Joint Stipulation Regarding Extension of Discovery Dates; Order; Sauceda v. Warehouse Demo Services, Inc., CV F-07-01167 AWI GSA*

2

PDF created with pdfFactory trial version www.pdffactory.com

d. To extend for thirty (30) days or until March 30, 2009 the date on which expert supplemental disclosures are due (previously set in the Court's Scheduling Order for February 20, 2009); and

e. To extend by two weeks or until April 14, 2009 the cutoff for expert discovery.

5. The parties stipulate and agree that rescheduling of the dates above are not for any improper purpose, but rather for the sole purpose of allowing sufficient time for Mr. Kampas to transition into the case; and

6. The parties stipulate and agree that said extensions shall not delay or extend in any way the other dates set forth in the Court's scheduling order.

SO STIPULATED AND AGREED.

Dated:  October 30, 2008          CAROLYN PHILLIPS


                                  /s/
                                  Carolyn D. Phillips
                                  Attorneys for plaintiff

Dated:  October 31, 2008          JACKSON LEWIS LLP


                                  By:    /s/ Cara Ching-Senaha
                                  Bradley W. Kampas
                                  Mitchell F. Boomer
                                  Cara Ching-Senaha
                                  Attorneys for Defendant
                                  Warehouse Demo Services, Inc.

*Joint Stipulation Regarding Extension of Discovery Dates; Order; Sauceda v. Warehouse Demo Services, Inc., CV F-07-01167 AWI GSA*

3

**ORDER**

Having reviewed the stipulation of the parties and finding GOOD CAUSE THEREFOR, the Scheduling Order dated April 4, 2008 shall be modified as follows:

1. Non-expert discovery cutoff (previously December 5, 2008): January 16, 2009;
2. Expert Disclosures Due (previously January 9, 2009): February 9, 2009;
3. Expert Reports Due (previously January 31, 2009): March 2, 2009;
4. Expert Supplemental Disclosures (previously February 20, 2009): March 30, 2009; and
5. Expert Discovery Cutoff (previously March 31, 2009): April 14, 2009.

Except as otherwise stated above, all dates set forth in the Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

Dated : October 31, 2008                             /s/  Gary S. Austin
                                                     Gary S. Austin
                                                     United States Magistrate Judge

*Joint Stipulation Regarding Extension of Discovery Dates; Order; Sauceda v. Warehouse Demo Services, Inc., CV F-07-01167 AWI GSA*

4

PDF created with pdfFactory trial version www.pdffactory.com